IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Benjamin Wright, | ) | C/A No. 0:15-3082-MBS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LR Thomas, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner who, proceeding *pro se,* filed a Petition for habeas relief pursuant to 28 U.S.C. § 2241. By order issued on August 7, 2015, the court allowed Petitioner an opportunity to submit the information necessary to bring the case into proper form for evaluation and possible service of process. Specifically, the order directed Petitioner to provide the court with the filing fee, or the financial document necessary to proceed *in forma pauperis*, and to submit his claims on the standard form used by federal prisoners to seek relief under § 2241. The order warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
September 24, 2015         Margaret B. Seymour
Columbia, South Carolina    Senior United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.