AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |  | |
|---|---|---|---|
| Benjamin Wright, | ) | | |
| *Petitioner* | ) | | |
| v. | ) | Civil Action No. | 0:15-cv-03082-MBS-PJG |
| LR Thomas, | ) | | |
| *Respondent* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Benjamin Wright, shall take nothing of the respondent, LR Thomas, as to the petition filed and this case is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding. The Court dismissed the complaint without prejudice for failure to prosecute.

Date:   September 25, 2014                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/G. Mills

                                                                           *Signature of Clerk or Deputy Clerk*